1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KARL WICHELMAN, ET AL.,                    No.  2:14-cv-1075 KJM AC PS

12              Plaintiffs,

13        v.                                    FINDINGS & RECOMMENDATIONS

14   SACRAMENTO HOUSING &
     REDEVELOPMENT AGENCY, ET AL.,
15
                Defendants.
16

17

18         By order filed July 2, 2014, plaintiff's complaint was dismissed and thirty days leave to

19   file an amended complaint was granted.  Thirty days from that date have now passed, and

20   plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

21         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

22   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23         These findings and recommendations are submitted to the United States District Judge

24   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days

25   after being served with these findings and recommendations, any party may file written

26   objections with the court and serve a copy on all parties.  Such a document should be captioned

27   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

28   shall be served on all parties and filed with the court within fourteen (14) days after service of the

                                              1

1  objections.  The parties are advised that failure to file objections within the specified time may

2  waive the right to appeal the District Court's order.  Turner v. Duncan, 158 F.3d 449, 455 (9th

3  Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

4  DATED: August 13, 2014

5

6  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28