UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL WICHELMAN, ET AL., | No. 2:14-cv-01075-KJM-AC |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, ET AL., | |
| Defendants. | |

Plaintiffs are proceeding in this action in pro per.  On April 30, 2014, plaintiffs filed a complaint against the Sacramento Housing & Redevelopment Agency ("SHRA"), the Groves at Manzanita Apartments, Kandace Gusman, and Gary Fidler for violations of their First, Fourth, and Fourteenth Amendment rights under 42 U.S.C. § 1983.  ECF No. 1.  Plaintiffs then filed motions to proceed in forma pauperis on April 30 and May 14, 2014.  ECF No. 2, 3.  On July 2, 2014, the court granted both plaintiffs' motions and dismissed plaintiffs' claims with instructions to file an amended complaint within 30 days.  ECF No. 4.  On August 14, 2014, the court recommended that plaintiffs' claims be dismissed without prejudice for failure to file an amended complaint in a timely manner.  ECF No. 5.

On August 19, 2014, the court's August 14, 2014, Findings and Recommendations ("Findings and Recommendations") were returned to it with a new address on the return label and

1

a notation that the forward time had expired. On August 20, 2014, the court served its Findings and Recommendations by mail to the address specified on the return label. On August 22, 2014, Plaintiff Wichelman promptly responded with a motion for an extension of time to file an amended complaint that included a request that the court waive PACER's usual fees. ECF No. 6. The court denied Plaintiff Wichelman's request that it waive PACER's usual fees but granted his request for an extension. ECF No. 7. Plaintiffs have yet to file their amended complaint, which was due on November 3, 2014.

Accordingly, IT IS HEREBY ORDERED that plaintiffs shall show cause in writing within fourteen (14) days of the date of this order why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DATED: November 7, 2014

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE